UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEAN C. BOYD, #167698                                                                    PETITIONER

V.                                                       CIVIL ACTION NO. 3:18-CV-757-DPJ-FKB

PELICIA HALL                                                                             RESPONDENT

ORDER

Petitioner Dean C. Boyd's habeas petition under 28 U.S.C. § 2254 is before the Court on Respondent Pelicia Hall's Motion to Dismiss [12] and the Report and Recommendation [15] of United States Magistrate Judge F. Keith Ball. Judge Ball concluded that Boyd filed his Petition more than five years too late and recommended dismissal of the Petition as untimely. Dean has not filed objections to the R&R, and the time to do so has now passed.

The Court finds the Report and Recommendation should be adopted as the opinion of the Court. Respondent's Motion to Dismiss [12] is granted. This case is dismissed with prejudice as untimely. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2020.

                                                      s/ *Daniel P. Jordan III*
                                                      CHIEF UNITED STATES DISTRICT JUDGE